IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 99-40018-GPM |
| | ) |
| | ) |
| SCOTT P. LOWELL | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter came before the Court on a motion filed by the Government to substitute the restitution payee (Doc. 44).   On April 15, 2013, the Court held an in-court hearing so that the parties could be heard (Doc. 47).   For the reasons stated on the record, the Government's motion (Doc. 44) is **GRANTED**.   Wayside Terrace, LLC, P.O. Box 5569, Sherman Oaks, California, postal code 91413 shall be substituted as the restitution payee in this matter.   The payments to Wayside Terrace, LLC shall continue to be made through the Clerk of the Court for the United States District Court of the Southern District of Illinois.

**IT IS SO ORDERED.**

**DATED**: April 15, 2013

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge